# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **JEFFREY E. BORDA,** ) | |
| ) | |
|    *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:10-cv-00654 CMH/IDD |
| ) | |
| **SOSi INTERNATIONAL, Ltd.,** *et al.*, ) | |
| ) | |
|    *Defendants*. ) | |

## CERTIFICATE REGARDING DISCOVERY

     I hereby certify that on August 18, 2010, a true and accurate copy of Defendants' Rule 26(a)(1) Initial Disclosures was sent via electronic mail and first class mail, postage prepaid to the following:

> John J. Rigby, Esq. (VSB No. 20116)
> McInroy & Rigby, LLP
> 2200 Wilson Boulevard, Suite 800
> Arlington  VA  22201
> Ph: (703) 841-1100
> Fax: 703-841-1161
> Email: jrigby@mcinroyrigby.com
> *Counsel for Plaintiff*

                Respectfully submitted

                SOSi INTERNATIONAL, Ltd., *et al*.
                By Counsel

/s/_____
Michael E. Barnsback, Esq. (VSB No. 33113)
Jonathan R. Mook, Esq. (VSB No. 19177)
Hillary J. Collyer, Esq. (VSB No. 50952)
DIMUROGINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA  22314-3067
Ph:  (703) 684-4333
Fax:  (703) 548-3181
Email: mbarnsback@dimuro.com,
jmook@dimuro.com, hcollyer@dimuro.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

>John J. Rigby, Esq. (VSB No. 20116)
>McInroy & Rigby, LLP
>2200 Wilson Boulevard, Suite 800
>Arlington  VA  22201
>Ph: (703) 841-1100
>Fax: 703-841-1161
>Email: jrigby@mcinroyrigby.com
>*Counsel for Plaintiff*

>/s/_____
>Michael E. Barnsback, Esq. (VSB No. 33113)
>Jonathan R. Mook, Esq. (VSB No. 19177)
>Hillary J. Collyer, Esq. (VSB No. 50952)
>DiMuroGinsberg, P.C.
>908 King Street, Suite 200
>Alexandria, Virginia 22314-3067
>Ph:  (703) 684-4333
>Fax:  (703) 548-3181
>Email: mbarnsback@dimuro.com,
>jmook@dimuro.com, hcollyer@dimuro.com
>*Counsel for Defendants*