UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JEFFREY E. BORDA,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:10-cv-00654 CMH/IDD |
| ) | |
| **SOSi INTERNATIONAL, Ltd.,** *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on October 27, 2010, a true and accurate copy of Defendants' Notice of Deposition of Plaintiff Jeffrey E. Borda was sent via electronic mail and facsimile to the following:

> John J. Rigby, Esq. (VSB No. 20116)
> McInroy & Rigby, LLP
> 2200 Wilson Boulevard, Suite 800
> Arlington VA 22201
> Ph: (703) 841-1100
> Fax: 703-841-1161
> Email: jrigby@mcinroyrigby.com
> *Counsel for Plaintiff*

                               Respectfully submitted

                               SOSi INTERNATIONAL, Ltd., *et al*.
                               By Counsel

/s/_____
Michael E. Barnsback, Esq. (VSB No. 33113)
Jonathan R. Mook, Esq. (VSB No. 19177)
Hillary J. Collyer, Esq. (VSB No. 50952)
DIMUROGINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314-3067
Ph: (703) 684-4333
Fax: (703) 548-3181
Email: mbarnsback@dimuro.com,
jmook@dimuro.com, hcollyer@dimuro.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

>John J. Rigby, Esq. (VSB No. 20116)
>McInroy & Rigby, LLP
>2200 Wilson Boulevard, Suite 800
>Arlington VA 22201
>Ph: (703) 841-1100
>Fax: 703-841-1161
>Email: jrigby@mcinroyrigby.com
>*Counsel for Plaintiff*

>/s/_____
>Michael E. Barnsback, Esq. (VSB No. 33113)
>Jonathan R. Mook, Esq. (VSB No. 19177)
>Hillary J. Collyer, Esq. (VSB No. 50952)
>DIMUROGINSBERG, P.C.
>908 King Street, Suite 200
>Alexandria, Virginia 22314-3067
>Ph: (703) 684-4333
>Fax: (703) 548-3181
>Email: mbarnsback@dimuro.com,
>jmook@dimuro.com, hcollyer@dimuro.com
>*Counsel for Defendants*